

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JAMES E. WHITE, IV, Individually and as Beneficiary of the JANE WHITE Trust; MARTI WHITE WRIGHT, Individually and as a Named Beneficiary of the JANE WHITE Trust; and CLINTON WESLEY WHITE, Individually and as a Beneficiary of the JANE WHITE Trust, by and through his Next Friend, JAMES E. WHITE, IV, | § § § § § § | No. 08-23-00272-CV  Appeal from the  394th Judicial District Court  of Presidio County, Texas  (TC# 7856) |
| Appellants, | § | |
| v. | § | |
| EDWARD MCMINN WHITE, Individually and as Trustee of the EDWARD MCMINN WHITE Trust, and BEAUREGARD BRITE WHITE, Individually and as Trustee of the BEAURAGARD BRITE WHITE Trust, | § § § | |
| Appellees. | § | |
| | § | |
| | § | |

**MEMORANDUM OPINION**

This appeal is before the court on its own motion to determine if it should be dismissed for want of jurisdiction. On October 6, 2023, James E. White, IV, individually and as beneficiary of the Jane White Trust, Marti White Wright, individually and as a beneficiary of the Jane White

Trust, and Clinton Wesley White, individually and as a beneficiary of the Jane White Trust, by and through his Next Friend, James E. White, IV (collectively, Appellants), filed a notice of appeal from a final judgment nunc pro tunc signed on September 25, 2023. We docketed this appeal under cause number 08-23-00272-CV. Appellants' notice described that Appellants had previously filed three related appeals, all pending and similarly docketed in this Court under the following three cause numbers: 08-23-00243-CV, 08-23-00244-CV, and 08-23-00247-CV. Moreover, the notice further stated the appeal was filed merely as a "protective Notice of Appeal" to reserve rights to seek a ruling on whether this Court had jurisdiction over the appeal.

On October 23, 2023, the Clerk of this Court sent Appellants a notice of our intent to dismiss this docketed appeal for want of jurisdiction, after ten days of the date of the notice, unless grounds to continue the appeal were shown by any party. *See* TEX. R. APP. P. 42.3.

On November 10, 2023, Appellants responded to the Clerk's notice asserting the trial court's judgment nunc pro tunc signed on September 25, 2023—which Appellants challenge in this appeal—was actually a modified version of the final judgment signed on August 4, 2023—which Appellants also challenge in pending cause number 08-23-00243-CV. Given the duplication of appeals, Appellants ask this Court to consolidate cause number 08-23-00272-CV with cause number 08-23-00243-CV.

Because we determine it was unnecessary for Appellants to separately perfect the appeal of the modified judgment, we grant Appellants' motion to consolidate the instant appeal with the appeal docketed under cause number 08-23-00243-CV. Although we technically have jurisdiction over this appeal, we determine there is no reason to maintain a second appeal challenging the same judgment and rulings. Appellants have, and continue to have, a right to appeal the various rulings of the trial court in cause number 08-23-00243-CV. Thus, for all purposes, we consolidate cause

number 08-23-00272-CV with cause number 08-23-00243-CV. The issues, records, and documents filed in cause number 08-23-00272-CV are consolidated into cause number 08-23-00243-CV. Accordingly, the Clerk of the Court shall transfer all the filings in this cause number to cause number 08-23-00243-CV, wherein the appeal shall proceed, and cause number 08-23-00272-CV is hereby dismissed.


GINA M. PALAFOX, Justice


November 28, 2023

Before Palafox, J., Soto, J., and Marion, C.J. (Ret.)
Marion, C.J. (Ret.) (Sitting by Assignment)